UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATUL C. SHAH,

    Plaintiff,                                  CIVIL CASE NO. 09-14038

                                          HON. MARIANNE O. BATTANI

v.

GENERAL MOTORS COMPANY a/k/a
MOTORS LIQUIDATION COMPANY,
formerly known as GENERAL MOTORS
CORPORATION, a Michigan Corporation,
BASHEN CORPORATION, a Texas
Corporation doing business in Michigan
and an affiliate of GENERAL MOTORS
CORPORATION,

    Defendants.

_____/

## **JUDGMENT FOR DEFENDANT BASHEN CORPORATION**

The Court having entered an Opinion and Order Granting Defendant Bashen Corporation's Motion to Dismiss Plaintiff's Complaint and/or for Summary Judgment;

**IT IS SO ORDERED** that **JUDGMENT** is entered for Defendant.  Because Plaintiff agreed to dismiss his case as to Defendant General Motors Company this case is **DISMISSED** in its entirety.

                                                  s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                                  UNITED STATES DISTRICT JUDGE

DATED: August 18, 2010

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon counsel of record on this date by ordinary mail and electronic filing.

s/Bernadette M. Thebolt<br>
CASE MANAGER